# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO GLOVER, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>BANK OF AMERICA, N.A.,<br><br>        Defendants. | Case No. 1:17-cv-01628 LJO JLT<br><br>**ORDER CLOSING THE ACTION**<br><br>**(Doc. 12)** |

      The plaintiffs have filed a notice of voluntary dismissal. (Doc. 12) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated:   **March 22, 2018**              **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE